```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

JERRY DRINKARD,                      *

    Petitioner                *

vs.                                  *
                                                  CASE NO. 3:08-CV-25 (CDL)

DAVID FRAZIER, Warden                *

    Respondent                *

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 29, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 19th day of November, 2008.

                                                 S/Clay D. Land
                                                     CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE